## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RONALD GERALD, #292226
Petitioner                                              :

v.                                                      :          Civil Action No.  CCB-05-1694

RODERICK SOWERS, et al.                                 :
Respondents

. . . .o0o. . . .

## MEMORANDUM

Petitioner pro se Ronald Gerald, a state prisoner incarcerated at the Roxbury Correctional

Institution, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 challenging

his convictions in 2000 for robbery with a deadly weapon and other offenses in the Circuit Court for

Baltimore City.  This petition represents his third successive challenge to his convictions and sentence.

See Civil Actions CCB-05-214 (D. Md. 2005); CCB-04-4032 (D. Md. 2005); CCB-04-1337 (D.

Md. 2004).

Absent authorization from the United States Court of Appeals for the Fourth Circuit, this court

is without jurisdiction to consider a second or successive 28 U.S.C. §2254 petition for habeas relief.[1]

See §2244(b)(3)(A);  In re Vial, 115 F.3d 1192, 1197-98 (4th Cir. 1997) (*en banc*). Petitioner has

not obtained this authorization. Consequently, the petition will be dismissed without prejudice. An order

consistent with this memorandum follows.


  June 28, 2005                                         /s/
Date                                                    Catherine C. Blake

--------

[1]Fourth Circuit recently denied petitioner's motion for authorization to file a successive application
in his second challenge to his 2000 convictions and sentence. See Civil Action  CCB-05-214 (D. Md.
2005),  Paper No. 5.

United States District Judge